```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                     :
MICRONEL AG,                         :
                                     :
               Plaintiff,            :
                                     :  11 Civ. 7864(BSJ)(JLC)
          v.                         :
                                     :       Order
INTERNATIONAL INDUSTRIAL             :
DEVELOPMENT ORGANIZATION INC., et al.,:
                                     :
               Defendants.           :
                                     :
-------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/12

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On March 29, 2012, the Honorable James L. Cott, U.S. Magistrate Judge, issued a Report and Recommendation ("Report"), recommending that the above-captioned case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to serve the defendants. (Dkt. 6.) Plaintiff has failed to object to Judge Cott's Report within fourteen days, as ordered.

The Court has reviewed the Report and is satisfied that there is no clear error on the face of the record, and confirms and adopts the Report in its entirety. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Plaintiff's failure to file written objections precludes appellate review of this

decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

Accordingly, the Court adopts the Report in full, dismissing the Complaint without prejudice. The Clerk of the Court is directed to close the case.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 19, 2012

2